UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JOHN CASTLE                                                                                         PLAINTIFF

V.                              No. 4:23-CV-413-JM-JTR

KILOLO KIJAKAZI, Acting Commissioner,
Social Security Administration                                                           DEFENDANT

## JUDGMENT

Consistent with today's Order, IT IS CONSIDERED, ORDERED, AND ADJUDGED that judgment be entered for Plaintiff, John Castle, reversing the decision of the Commissioner and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 3rd day of August, 2023.

_____
UNITED STATES MAGISTRATE JUDGE