IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOHN CASTLE**                                                                                          **PLAINTIFF**

V.                                           **4:23CV00413 JM**

**KILOLO KIJAKAZI,**
**Acting Commissioner of Social Security**                                                **DEFENDANT**

## ORDER

    Plaintiff has filed a motion for attorney's fees, docket # 12 under the Equal Access to Justice Act, 28 U.S.C. § 2412. The Commissioner has no objection. Pursuant to 28 U.S.C. § 2412, the Court finds that the Plaintiff is entitled to attorney's fees, costs and expenses in the amount of $7,600.00. The fees, costs and expenses in the amount of $7,600.00 should be payable directly to Plaintiff and mailed to her attorney. Plaintiff's motion is GRANTED.

    IT IS SO ORDERED this 8th day of August, 2023.

_____
James M. Moody Jr.
United States District Judge